In the Matter of the Claim of PHILIP KATZ, Appellant, against NATIONAL KREAM Co., INC., and THE STATE INSURANCE FUND, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Appeal from so much of a schedule award for loss of the right arm as determined that the employer and carrier were liable for cost of an artificial arm and for surgery and the disability caused by the installation thereof. The award was proper. (Matter of Belmont v. Paramount Publix Corpora-

*tion*, 246 App. Div. 661.) Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.